**April J. BOHLER, Respondent,**

v.

**Robert C. BOHLER, Appellant.**

**No. 72006.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 16, 1997.

David C. Godfrey, Clayton, for Appellant.

Margaret Price Zoole, St. Louis, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

*ORDER*

PER CURIAM.

Robert Bohler appeals from a judgment entered in the Circuit Court of St. Louis County dissolving his marriage to April Bohler.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holdings.